UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                  RE:    Luang Finh SAECHAO
                                               Docket Number:   2:02CR00360-03
                                               **RELEASE OF PASSPORT**

Your Honor:

On November 18, 2004, the Honorable David F. Levi sentenced the above noted offender following his plea of guilty to a violation of 21 USC 843(b) - Use of Communication Facility to Facilitate a Drug Offense.  He was sentenced to the custody of the Bureau of Prisons for a term of 48 months, to be followed by a 12 month term of supervised release.  Special conditions of supervised release included:  Search and seizure; Financial disclosure; No new credit charges or additional lines of credit; Participate in a drug or alcohol program; Participate in drug or alcohol testing; Aftercare co-payment; and Register as a drug offender.  Mr. Saechao began his supervised release on November 5, 2007, and completed his one year term of supervised release, without incident, on November 4, 2008.

Mr. Saechao was under the supervision of the United States Pretrial Services from September 5, 2002, to a self-surrender date of January 7, 2005.  As a condition of pretrial release, Mr. Saechao was ordered to forfeit his passport to the clerk's office.  Mr. Saechao is requesting his passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Mr. Saechao's passport to him.

**RE:    Luang Finh SAECHAO**
      **Docket Number:   2:02CR00360-03**
      <u>**RELEASE OF PASSPORT**</u>

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:    January 21, 2009
             Sacramento, California
             GPS/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                           **KYRIACOS M. SIMONIDIS**
                           **Supervising United States Probation Officer**

_____

AGREE: ____X_____          DISAGREE: _____

/s/ John A. Mendez                                      01/22/2009
**JOHN A. MENDEZ**                                    DATE
United States District Judge